## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

EMMANUAL DAVIS, on behalf of            )
Himself and all others similarly situated,  )
                                        )
            Plaintiff,                  )   Case No. 10-CV-3880(CBA) (JMA)
                                        )
vs.                                     )
                                        )
HOLIDAY IMAGE, LLC, M SCHWAM            )
INC. f/k/a HOLIDAY IMAGE, INC,          )
MATTHEW SCHWAM, and JOHN DOES           )
#1-10                                   )
            Defendants.                 )

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiff EMMANUEL DAVIS, and dismissed without prejudice and without costs or attorneys' fees to any party as to the members of the alleged putative class action and/or collective action other than Plaintiff EMMANUEL DAVIS. This Stipulation does not prejudice the rights, if any, of the members of the alleged putative class action and/or collective action other than EMMANUEL DAVIS. The Court retains jurisdiction over this matter to enforce the settlement agreement between the parties.

Dated: July 11, 2011

SAMUEL & STEIN

_David Stein (DS 2119)_
David Stein (DS 2119)
38 West 32nd Street
Suite 1110
New York, New York 10001
(212) 563-988
Attorneys for Plaintiff

**OFFIT KURMAN, P.A.**

*[signature]*

Ari Karen, Esquire
8171 Maple Lawn Blvd., Suite 200
Maple Lawn, Maryland 20759
(p) 301-575-0340
(f) 301-575-0335
Attorneys for Defendants

SO ORDERED:
July 13, 2011

s/CBA
*[signature]*
USDJ